UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERCY LAVAE BACON,      ) | |
| )  | |
| Plaintiff,      ) | 2:12-cv-01027-JCM-RJJ |
| )  | |
| vs.      ) | |
| )  | **ORDER** |
| CHERYL BURSON, *et al.*,      ) | |
| )  | |
| Defendants.      ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Plaintiff has submitted a complaint and seeks leave to proceed *in forma pauperis*. (ECF No. 1). In addition to filing the proper affidavit of inability to pay filing fees, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1), (2). Plaintiff in the instant action has failed to submit an *in forma pauperis* application that provides the necessary financial information and includes a financial certificate signed by an authorized prison or jail officer.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new complaint in a new action, with a proper *in forma pauperis* application in compliance

1  with 28 U.S.C. § 1915(a).

2  **IT FURTHER IS ORDERED** that the clerk of the court shall send plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same.

**IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis* application in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that all pending motions in this case are **DENIED.**

**IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.

Dated this  20th  day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE